UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| XIAMEN DALLE NEW ENERGY AUTOMOBILE CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 25-00205<br><br><br><br>SUMMONS |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

        /s/ Mario Toscano
        Clerk of the Court

## Name and Standing of Plaintiff

1. Plaintiff in this action, Xiamen Dalle New Energy Automobile Co., Ltd., is a producer and exporter of certain low-speed personal transportation vehicles (the "subject merchandise") from the People's Republic of China. Plaintiff participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Plaintiff was an interested party within the meaning of 19 U.S.C. § 1677(9)(A). As a party that actively participated in the U.S. Department of Commerce's investigation, which resulted in the contested determination, Plaintiff therefore has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## Brief Description of Contested Determination

2. Plaintiff contests Commerce's final determination in the Countervailing Duty Investigation on *Certain Low-Speed Personal Transportation Vehicles from the People's Republic of China. See Certain Low-Speed Personal Transportation Vehicles from the People's Republic of China*, 90 Fed. Reg. 26,536 (Dep't of Commerce June 23, 2025).

3. This determination is reviewable pursuant to 19 U.S.C. § 1516a(2)(B)(i), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in

1

the Federal Register of the *Countervailing Duty Order*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

**Date of Contested Determination**

4. Commerce issued its Final Determination on June 23, 2025 and published its Countervailing Duty Order on August 12, 2025. See Certain Low-Speed Personal Transportation Vehicles from the People's Republic of China: Amended Final Antidumping Duty Determination and Antidumping Duty Order; Amended Final Determination of Countervailing Duty Investigation and Countervailing Duty Order, 90 Fed. Reg. 38,759 (Dep't of Commerce Aug. 12, 2025).

  /s/ Jing Zhang
Jing Zhang

Dated: September 11, 2025

Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
jzhang@mayerbrown.com
+1 202-263-3385

*Counsel to Xiamen Dalle New Energy Automobile Co., Ltd.*

2

**SERVICE OF SUMMONS BY THE CLERK**

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets
Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field
Office Commercial
Litigation Branch
U.S. Department of
Justice 26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation
Branch Civil Division
U.S. Department of
Justice 1100 L Street,
NW Washington, DC
20530

**NOTICE TO INTERESTED PARTIES**

      I, Jing Zhang, certify that on September 11, 2025, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Xiaohua Hou
Commerce & Finance Law Offices
12-14th Floor, China World Office 2, No. 1
Jianguomenwai Avenue, Beijing 100004, China
Phone: 861065637181
Email: xiaohuahou@tongshang.com

David Robinson
Maynard Nexsen PC
4141 Parklake Avenue Suite 200
Raleigh, NC 27612 USA
Phone: 9197551800
Email: drobinson@maynardnexsen.com

Rosa S. Jeong
Greenberg Traurig, LLP
2101 L Street NW Suite 1000
Washington DC 20037
Phone: 2023313100
Email: jeongr@gtlaw.com

Gregory Menegaz
The Inter-Global Trade Law Group PLLC
1156 15th Street, NW Suite 1101
Washington, DC 20005
Phone: 202-868-0300
Email: gmenegaz@igtlaw.com

Yangfan Xie
Embassy of the Peoples Republic of China
Economic and Commercial Office
2133 Wisconsin Ave, NW
Washington, DC 20007
Phone: 202-625-3448
Email: myjjjcky@mofcom.gov.cn

David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
Phone: 7737098506
Email: david.craven@tradelaw.com

Adams Lee
Harris Sliwoski LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: 2062245657
Email: adams@harris-sliwoski.com

Mark Ludwikowski
Clark Hill PLC
1001 Pennsylvania Ave., NW Suite 1300
South Washington, DC 20004
Phone: 2027720909
Email: mludwikowski@clarkhill.com

Kristin H. Mowry
Mowry & Grimson PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
Phone: 202-688-3610
Email: khm@mowrygrimson.com

Andrew T. Schutz
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Ave., NW Suite 650
Washington, DC 20005
Phone: 202-783-6881
Email: aschutz@gdlsk.com

David M Morrell
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Phone: 2028793939
Email: dmorrell@jonesday.com

Hui Cao
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Phone: 2024291306
Email: hecao@steptoe.com

Irene H Chen
VCL Law LLP
1945 Old Gallows Road Ste 260
Vienna, VA 22182
Phone: 3017607393
Email: ichen@vcllegal.com

Robert E DeFrancesco III
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
Phone: 202-719-7000
Email: rdefrancesco@wiley.law

Matthew P. McCullough
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006
 Phone: 202-452-7373
Email: mmccullough@curtis.com